| | |
|---|---|
| HOBOKEN HOLDINGS L.P.,<br><br>Plaintiff,<br><br>v.<br><br>ZORY CORT LLC (f/k/a SEG CORT LLC), ZORY GROUP, INC. (f/k/a STEINER EDUCATION GROUP, INC.), STEINER LEISURE LIMITED (also known as NEMO MERGER SUB, INC.), NEMO PARENT, INC., NEMO INVESTOR AGGREGATOR, LIMITED, CATTERTON MANAGEMENT COMPANY, L.L.C., d/b/a L CATTERTON, JOHN DOE COMPANIES 1-10, fictitious names of companies to be named in this action, JOHN DOE INDIVIDUALS 1-10, fictitious names of individuals to be named in this action,<br><br>Defendants. | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>CIVIL ACTION NO. 2:20-cv-01268 (ES) (MAH)<br><br>Civil Action<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS** |

**IT IS HEREBY STIPULATED AND AGREED** by and between plaintiff, Hoboken Holdings, L.P., and defendants, Steiner Leisure Limited, Nemo Parent, Inc., Nemo Investor Aggregator, Limited, and Catterton Management Company, L.L.C., by and through their respective counsel, that the above-captioned action is hereby dismissed with prejudice and without costs to any party.

| | |
|---|---|
| COLE SCHOTZ P.C.<br><br>By: _____<br>MICHAEL R. YELLIN<br>25 Main Street<br>Hackensack, NJ 07601<br>Tel: (201) 489-3000<br>MYellin@coleschotz.com<br>Attorneys for Plaintiff,<br>Hoboken Holdings L.P. | CALCAGNI KANEFSKY LLP<br><br>By: _____<br>MARTIN GANDELMAN<br>25 Main Street<br>Hackensack, NJ 07601<br>Tel: (862) 208-1822<br>mgandelman@ck-litigation.com<br>Attorneys for Defendants Steiner Leisure Limited; Nemo Parent, Inc.; Nemo Investor Aggregator, Limited; and Catterton Management Company, L.L.C |

60539/0001 20935092v3

**SO ORDERED.**
The Clerk of Court shall TERMINATE docket entry numbers 15 and 34 and mark this matter CLOSED.

s/ Esther Salas
_____
**Hon. Esther Salas, U.S.D.J.**
**Dated: September 10, 2020**